*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*WESTERN DIVISION*

LISA KILPATRICK                                                                                      PLAINTIFF

vs.                                    CASE NO. 4:10cv00725 JMM

ADVANTAGE SALES & MARKETING                                                    DEFENDANT

### ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.  The jury trial scheduled May 23, 2011, is canceled.  The pending motion (DE #17) is moot.

The complaint and all claims in this action are hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this 5th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE